IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRYSTAL RODDY**                                                      **PLAINTIFF**

VS.                           **CASE NO. 4:15CV00123 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                      **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 14th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE